UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **TAMMY L. REEVES** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | Civil Action No. 03-00237 (RCL) |
| | ) | |
| **ELI LILLY AND COMPANY** | ) | |
| | ) | |
| **Defendant** | ) | |

## ORDER

UPON CONSIDERATION of Defendant's Motion for Summary Judgment, and Plaintiff's opposition and replies filed thereto, it is

ORDERED, that Defendant's Motion be, and hereby is, DENIED.

Signed by Royce C. Lamberth, United States District Judge, March 11, 2005.